# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

RO'SEAN NEWSON                                             CIVIL ACTION

VERSUS                                                     NO. 09-6595

DAVID ALFORD - SERGEANT, JR., ET AL.                       SECTION: "S"(3)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objections to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

The plaintiff objects to the Magistrate Judge's Partial Report and Recommendation arguing that this court has jurisdiction to hear his claim that Louisiana Revised Statute § 15:1186(B)(2)(a) is unconstitutional and that Mahogany v. LA.R.S. 15:1186(A)(2) and (B)(2)(a), 2007 WL 1851941 (E.D.La. 6/27/2007), does not address his specific constitutional challenges to the statute, which are that it violates his right of access to the court, violates due process and equal protection, and infringes upon a prisoner's right to choose the forum for his civil action. The court finds these objections without merit. The objections are overruled.

Therefore,

**IT IS ORDERED** that plaintiff's claims against the State of Louisiana are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's claims against Sergeant David Alford,

Lieutenant John Tullos, and Warden Robert Tanner in their official capacities for monetary damages are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's claim challenging the constitutionality of La.Rev.Stat.Ann. § 15:1186(B)(2)(a) is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 4th day of December, 2009.

_____
**UNITED STATES DISTRICT JUDGE**