# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RO'SEAN NEWSON | CIVIL ACTION |
| VERSUS | NO. 09-6595 |
| DAVID ALFORD - SERGEANT, JR., ET AL. | SECTION: "S"(3) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motion for summary judgment, Rec. Doc. 27, is **GRANTED** and that plaintiff's remaining claims are **DISMISSED WITHOUT PREJUDICE** to their prosecution in his lawsuit in state court.

**IT IS FURTHER ORDERED** that plaintiff's motion for summary judgment, Rec. Doc. 21, is **DENIED**.

New Orleans, Louisiana, this __9th__ day of _____March_____, 2010.

_____
**UNITED STATES DISTRICT JUDGE**